# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SMITH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLMAX NUTRITION, INC., et al., <br><br> Defendants. | Case No.  1:15-cv-00744-AWI-SAB <br><br> ORDER GRANTING PRO HAC VICE APPLICATION <br><br> (ECF NO. 15) |

The court has read and considered the application of Joseph J. Siprut, attorney for Plaintiff Todd Smith, for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Joseph J. Siprut's application for admission to practice Pro Hac Vice is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **October 13, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1