IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TODD SMITH, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>ALLMAX NUTRITION, INC. and HBS INTERNATIONAL CORP., Canadian corporations,<br><br>                    Defendants. | Case No. 1:15-cv-00744-SAB<br><br>ORDER AMENDING OCTOBER 23, 2015 SCHEDULING ORDER PURSUANT TO STIPULATION OF THE PARTIES<br><br>(ECF Nos. 21, 27) |

On December 17, 2015, the parties filed a stipulation to amend the scheduling order in this action. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendants' responses to Plaintiff's First Set of Requests for Production and First Set of Interrogatories shall be served on or before January 29, 2016;

2. The scheduling order signed on October 23, 2015 is AMENDED as follows:

    a. Expert disclosure deadline:  May 2, 2016;

    b. Supplemental expert disclosure deadline:  May 23, 2016;

    c. Nonexpert discovery deadline, including all motions to compel:  June 1, 2016;

    d. Expert discovery deadline:  June 13, 2016;

      e.      Deadline to file motion to certify or decertify class:  July 18, 2016;

      f.      Deadline to file opposition to motion for certification or decertification of class: August 22, 2016;

      g.      Deadline to file reply to opposition to motion regarding certification or decertification of class: September 15, 2016;

      h.      Hearing on motion to certify or decertify class:  September 28, 2016 at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **December 18, 2015**

                                                 UNITED STATES MAGISTRATE JUDGE