DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
MICHAEL A. FELDMAN (SBN 295780)
mfeldman@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendant
HBS INTERNATIONAL CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TODD SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HBS INTERNATIONAL CORP., Canadian corporation,<br><br>Defendants. | Case No. 1:15-cv-00744-AWI-SAB<br><br>**STIPULATION AND ORDER EXTENDING TIME** |

The parties are having discussions intended to resolve this matter without further litigation. Therefore, pursuant to Eastern District of California Civil Local Rule 144, Defendant HBS International Corp. and Plaintiff Todd Smith hereby stipulate and respectfully request the Court to order an extension of the deadlines in the case as follows:

|     | **Scheduling Item** | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- | --- |
| 1.  | Initial Expert Disclosures | April 1, 2016 | May 31, 2016 |
| 2.  | Supplementary Expert Disclosures: | April 22, 2016 | June 21, 2016 |
| 3.  | Non-Expert Discovery Cutoff | May 2, 2016 | July 1, 2016 |
| 4.  | Expert Discovery Cutoff | May 13, 2016 | July 12, 2016 |
| 5.  | Motions for Class Certification | June 17, 2016 | August 16, 2016 |
| 6.  | Opposition to Class Certification | July 22, 2016 | September 20, 2016 |
| 7.  | Reply to Class Certification | August 16, 2016 | October 14, 2016 |
| 8.  | Oral Argument | August 24, 2016 | October 26, 2016 |

This is the parties' second request for extension. The parties previously sought a 30-day extension of deadlines to accommodate time to respond to discovery over the holidays.

IT IS SO STIPULATED, THROUGH COUNSEL.

Dated: March 15, 2016                                     DURIE TANGRI LLP

By:  */s/ Michael Feldman*
         MICHAEL A. FELDMAN

Attorneys for Defendant
HBS INTERNATIONAL CORP.

Dated: March 15, 2016                                     BARBAT, MANSOUR & SUCIU PLLC

By:  */s/ Nick Suciu* (as authorized on March 15, 2016)
         NICK SUCIU

Nick Suciu, PHV
Barbat, Mansour & Suciu PLLC
434 West Alexandrine, #101
Detroit, MI 48201
Email: nicksuciu@bmslawyers.com

Joseph J. Siprut
Siprut PC
17 N. State Street, Suite 1600
Chicago, IL 60616
Email: jsiprut@siprut.com

Tina Wolfson

1

Ahdoot & Wolfson, P.C.
1016 Palm Avenue
West Hollywood, CA 90069
Email: twolfson@ahdootwolfson.com

Attorneys for Plaintiff
TODD SMITH

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 131(e), regarding signatures, I, Michael Feldman, attest that concurrence in the filing of this document has been obtained.

Dated: March 15, 2016

*/s/ Michael Feldman*
MICHAEL A. FELDMAN

IT IS SO ORDERED.

Dated: **March 15, 2016**

UNITED STATES MAGISTRATE JUDGE