# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TODD SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLMAX NUTRITION, INC. et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00744-SAB<br><br>ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)<br><br>(ECF No. 39) |
|---|---|

　　　This action was filed on May 14, 2015.  (ECF No. 1.)  On May 3, 2016, Plaintiff filed a stipulation of dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety.  The parties shall bear their own costs, expenses, and attorney fees.

IT IS SO ORDERED.

Dated:  **May 4, 2016**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE